# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2818
_____

LARRY WATTS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

July 1, 2026

PER CURIAM.

AFFIRMED. *See Sanderson v. State*, 51 Fla. L. Weekly D966 (Fla. 1st DCA May 13, 2026) (holding that the Sixth Amendment right to trial by a jury was not implicated during sentencing for violation of probation when the trial court, rather than a jury, found the defendant to be a violent felony offender of special concern under section 948.06(8), Florida Statutes, and a danger to the community).

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.